UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BMO Harris Bank N.A., | * |
| Plaintiff, | * |
| v. | * Civil Action No. 1:18-cv-10178-GAO |
| Daniel A. Potter, | * |
| Defendant, | * |

ORDER OF DISMISSAL

January 7, 2020

O'Toole, D.J.

Pursuant to the court's <u>Order</u> issued on January 7, 2020 GRANTING [#33] Joint MOTION to Set Aside Judgment and to Dismiss Case with Certificate of Service, this case is hereby dismissed and CLOSED.

IT IS SO ORDERED.

/s/ George A. O'Toole, Jr.

United States District Judge